IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DIANA PEPPER and KATRINA HILLIS, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | NO. 2:05-0054 |
| ) | JUDGE HAYNES |
| MANAGEMENT RESOURCES ) | |
| COMPANY, LLC d/b/a TACO BELL, ) | |
| AMERICAN HOSPITALITY CORPORATION ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the jury's verdict, the Plaintiff Diana Pepper is **AWARDED** twelve thousand five hundred dollars ($12,500) against the Defendant Management Resource Company, LLC, d/b/a/ Taco Bell American Hospitality Corporation, her former employer, for sexual discrimination in promotion practices. The Plaintiff Katrina Hillis is **AWARDED** seventy-six thousand dollars ($76,000) against the Defendant Management Resource Company, LLC, d/b/a/ Taco Bell American Hospitality Corporation her former employer, for sexual discrimination in promotion practices.

This is the Final Order in this action.

It is so **ORDERED**.

**Entered** this the 21st day of May, 2007.

William J. Haynes, Jr.
United States District Court