IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DIANE PEPPER and )
KATRINA HILLIS, )
                                )    NO. 2:05-0054
      Plaintiff,                )    JUDGE HAYNES
v.                                 )
                                )
MANAGEMENT RESOURCES )
COMPANY, LLC d/b/a TACO BELL, )
                                )
      Defendant.             )

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for judgment as a matter of law or alternatively for a new trial or to alter and amend the judgment (Docket Entry No. 181) is **DENIED**. Plaintiffs' motion for attorney fees and costs (Docket Entry No. 187) is **GRANTED**. The Court **AWARDS** Plaintiffs' counsel one hundred ninety six thousand nine hundred thirty four dollars ($196, 934.27) in attorney fees and costs. The Defendant's motion for recusal (Docket Entry No. 185) is **DENIED**.

It is so **ORDERED**.

ENTERED this the 23rd day of August, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge